

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2022

No. 04-20-00268-CR

Quinton Ramon **WILLIAMSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0283
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice (Not Participating)
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On December 28, 2021, appellant filed a Motion for Rehearing and Motion for Rehearing En Banc. After consideration, the motions are **DENIED**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court